JIM T. ELIA, 79995
ATTORNEY AT LAW
2300 TULARE STREET, SUITE 140
FRESNO, CALIFORNIA 93721

TELEPHONE: (559) 498-3600          FACSIMILE: (559) 498-6391

ATTORNEY FOR DEFENDANT ANGEL OCHOA ALVAREZ

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ANGEL OCHOA ALVAREZ ) <br> Defendant. ) <br> _____ ) | **CASE NO: 1:04-CR-5209  AWI** <br><br> **STIPULATION TO CONTINUE SENTENCE** <br><br> **ORDER** |

    The defendant, ANGEL OCHOA ALVAREZ by and through his counsel Jim T. Elia, hereby requests the sentencing date in this case be continued from April 3, 2006 at 9:00 a.m. until May 1, 2006 at 9:00 a.m.

    The Assistant United States Attorney Laurel J. Montoya and Senior United Stated Probation Officer John R. Hatfield have been contacted by counsel and have agreed to the continuance of sentencing.

    The reason for the continuance is that informant who had dealings directly with co-defendants has been shown to be untrustworthy and his actions may require a dismissal of charges in the interests of justice.

DATED: March 8, 2006                              Respectfully submitted,

                                                                   /s/ Jim T. Elia
                                                                   JIM T. ELIA, ATTORNEY
                                                                     FOR DEFENDANT
                                                                     ANGEL OCHOA ALVAREZ

//

**ORDER**

**GOOD CAUSE APPEARING**: It is hereby ordered that sentencing date for ANGEL OCHOA ALVAREZ be continued from April 3, 2006 at 9:00 a.m. to May 1, 2006 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **March 15, 2006**          /s/ Anthony W. Ishii
0m8i78                              UNITED STATES DISTRICT JUDGE